COMMONWEALTH MANAGEMENT CORPORATION and Others, Appellants, v. JOHN J. BENNETT, JR., Attorney-General of the State of New York, Respondent.— In view of the decision in *Commonwealth Management Corporation* v. *Bennett* (*post*, p. 785), decided herewith, the motion for a stay is denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

ARTHUR R. BEAL, Respondent, v. THOMAS L. BYRNES and Another, Appellants, and THOMAS M. McMAHON, Defendant.— Order dismissing action for neglect to prosecute modified by striking out the words " unless the action is noticed for trial and a note of issue filed by the plaintiff for the May, 1934, term," and as so modified affirmed, with ten dollars costs and disbursements to defendants Byrnes. The death of defendant McMahon who, it is shown, was the broker who brought about the sale and was, therefore, a material witness, required, in the circumstances, a granting of the motion to dismiss the action for neglect to prosecute. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

EDNA BERNSTEIN, Appellant, v. JOSEPH SUCHOFF and Another, Defendants. IRVING E. JACOBS, Attorney, Respondent.— Order modified by directing that the payment to be made to Jacobs shall be " from the proceeds of the action " and further modified by providing that, subject to the lien of Jacobs upon the proceeds of the action, the new attorney be substituted for him and that he turn over all papers to that new attorney. As thus modified the order is affirmed, without costs. The order improperly provided that the substitution of attorneys should be contingent upon the present payment of a sum of money. All the former attorney was entitled to was a lien upon the proceeds of the action in an amount representing the reasonable value of his services as of the date when he was superseded by the new attorney. The amount fixed at Special Term was proper. (*Matter of Lydig*, 262 N. Y. 408.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.